## OHIO vs. COOK.

COLUMBIANA.
December 1816

When persons have associated together for one common end, whatever one does with respect to it, may be given in evidence against all of them.

Ohio
*v.*
Cook.

INDICTMENT, for passing a counterfeit note.

On the trial, it was proven that the prisoner, in company with one Joab Woodruff, (who was convicted of this offence at the last term, and sentenced to the penitentiary for twelve years) passed the note in question, and that they travelled in company, and put off other counterfeit notes, and offered to pass some of the same spurious quality to different people.

POTTER, for the state, then offered evidence of the conduct of Woodruff, when not in company with Cook.

WRIGHT, for the prisoner, objected to the evidence, as irrelevant.

PRESIDENT.—Evidence has been given, to prove that Cook and Woodruff travelled about the country together, vending this kind of paper; evidence of a combination between them. I do not say that these facts have been made out; but sufficient evidence has been given to permit that conclusion to be made. It is competent to prove a combination, if one existed. When persons have associated together for one common end, whatever one person does with respect to that common end is a fact to be received against all of them. Whether they are in company at the time, or not, does not make any difference as to the admissibility of the evidence, although it may make a difference as to its weight and effect.

Verdict, Guilty. Sentenced to the penitentiary for six years.